USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HILLARY WRIGHT,

                Plaintiff,

-against-

MAIL MEDIA INC.; ASSOCIATED NEWSPAPERS LTD; DAILY MAIL AND GENERAL TRUST PLC; DMG MEDIA LTD; RICH CACCAPPOLO; PAUL DACRE; GERARD GREAVES,

                Defendants.

23-CV-7124 (ALC)

ORDER OF SERVICE

---

ANDREW L. CARTER, JR., United States District Judge:

    The Clerk of Court is directed to issue summonses as to Defendants Mail Media Inc.; Associated Newspapers, Ltd.; Daily Mail and General Trust PLC; DMG Media Ltd.; Rich Caccappolo; Paul Dacre; and Gerard Greaves. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    New York, New York
          November 2, 2023

                                              ANDREW L. CARTER, JR.
                                              United States District Judge