# AFFIDAVIT OF SERVICE

| Case: 23cv7124 | Court: United States District Court for the Southern District of New York | County: | Job: 9888653 |
|---|---|---|---|
| Plaintiff / Petitioner: Hillary Wright | | Defendant / Respondent: Mail Media Inc. et al | |
| Received by: One Source Process, LLC | | For: Keith Clingman | |
| To be served upon: Gerard Greaves | | | |

I, Bobby W. Russell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: SUZANNA FAYMAN, DMG Media / Mail Media INC: 51 Astor Place 9th Floor, New York City, NY 10003
Manner of Service: Substitute Service - Business, Nov 16, 2023, 9:27 am EST
Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS (Received Nov 7, 2023 at 9:10am EST)

Additional Comments:
1) Unsuccessful Attempt: Nov 14, 2023, 5:36 pm EST at DMG Media / Mail Media INC: 51 Astor Place 9th Floor, New York City, NY 10003 Possibly a bad address. The front desk stated they had not heard of DMG Media / Mail Media INC.

2) Successful Attempt: Nov 16, 2023, 9:27 am EST at DMG Media / Mail Media INC: 51 Astor Place 9th Floor, New York City, NY 10003 received by SUZANNA FAYMAN. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'6"; Hair: Black; Relationship: H.R. Representative/Authorized to Accept Service;
A second copy of the documents was mailed to Gerard Greaves at this address via First Class Mail on November 17, 2023.

Subscribed and sworn to before me by the affiant who is personally known to me.

_____   11-21-23
Notary Public                Date

_____   11/21/23
Bobby W. Russell             Date
2030308- DCA
One Source Process, LLC
800-668-5448

_____
Commission Expires

GINA MARIE EANNUCCI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EA5075334
Qualified in Nassau County
Commission Expires 3/31/2027