AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv7124

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Associated Newspapers LTD c/o The Prentice-Hall Corporation System</u> was received by me on *(date)* <u>Nov 7, 2023, 9:10 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>A Legal Representative of The Prentice-Hall Corporation System</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Associated Newspapers LTD c/o The Prentice-Hall Corporation System</u> on *(date)* <u>Mon, Nov 13 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/14/2023

_____
*Server's signature*

Samuel Christiansen
_____
*Printed name and title*

PO Box 474, Waterford, NY 12188
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 13, 2023, 2:15 pm EST at 80 State St, Albany, NY 12207 received by A Legal Representative of The Prentice-Hall Corporation System. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'6"; Hair: Black; Relationship: Authorized Agent;

Documents Served: SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS