**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HILLARY WRIGHT,

                    Plaintiff,

-against-

MAIL MEDIA INC., ASSOCIATED NEWSPAPERS LTD., DAILY MAIL AND GENERAL TRUST PLC, DMG MEDIA LTD., RICH CACCAPPOLO, PAUL DACRE, and GERARD GREAVES,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 23 Civ. 7124 (AJC)

ECF Case

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendants Mail Media Inc., Associated Newspapers Ltd., Daily Mail and General Trust plc, DMG Media Ltd., Rich Caccappolo, Paul Dacre and Gerard Greaves. Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  November 30, 2023         Respectfully submitted,

                                                         BALLARD SPAHR LLP

                                                         By:  */s/ Thomas B. Sullivan*
                                                               Thomas B. Sullivan
                                                         1675 Broadway, 19th Floor
                                                         New York, NY 10019
                                                         Tel: (212) 850-6139
                                                         Fax: (212) 223-1942
                                                         sullivant@ballardspahr.com

                                                         *Counsel for Defendants*