UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X

HILLARY WRIGHT,

                         Plaintiff,

-against-

MAIL MEDIA INC., ASSOCIATED
NEWSPAPERS LTD., DAILY MAIL AND
GENERAL TRUST PLC, DMG MEDIA LTD.,
RICH CACCAPPOLO, PAUL DACRE, and
GERARD GREAVES,

                         Defendants.

----------------------------------------- X

No. 23 Civ. 7124 (AJC)

ECF Case

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of this court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Associated Newspapers Limited, certifies that it is a wholly owned subsidiary of DMG Media Limited, which is in turn a subsidiary of Daily Mail and General Trust plc ("DMGT"). Rothermere Continuation Limited ("RCL") owns all of the shares of DMGT. RCL is controlled by a discretionary trust held for the benefit of Jonathan Harmsworth, 4th Viscount Rothermere and his family.

Dated:  November 30, 2023

                                                      Respectfully submitted,

                                          **BALLARD SPAHR LLP**

                                        By:  /s/ *Thomas B. Sullivan*
                                        Thomas B. Sullivan
                                        1675 Broadway, 19th Floor
                                        New York, NY 10019
                                        Tel: (212) 850-6139
                                        Fax: (212) 223-1942
                                        sullivant@ballardspahr.com

                                        *Attorneys for Defendant Associated Newspapers Limited*