**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

HILLARY WRIGHT,

                      Plaintiff,

-against-

MAIL MEDIA INC., ASSOCIATED NEWSPAPERS LTD., DAILY MAIL AND GENERAL TRUST PLC, DMG MEDIA LTD., RICH CACCAPPOLO, PAUL DACRE, and GERARD GREAVES,

                      Defendants.

------------------------------------- X

No. 23 Civ. 7124 (AJC)

ECF Case

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of this court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant DMG Media Limited, certifies that it is a subsidiary of Daily Mail and General Trust plc ("DMGT"). Rothermere Continuation Limited ("RCL") owns all of the shares of DMGT. RCL is controlled by a discretionary trust held for the benefit of Jonathan Harmsworth, 4th Viscount Rothermere and his family.

Dated:  November 30, 2023

Respectfully submitted,

**BALLARD SPAHR LLP**

By: _/s/ Thomas B. Sullivan_
Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Attorneys for Defendant DMG Media Ltd.*