**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/1/2024

**MEMO ENDORSED**

January 31, 2024

*By Electronic Filing*

Hon. Andrew L. Carter Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Wright v. Mail Media Inc. et al.*, No. 23 Civ. 7124 (ALC) (S.D.N.Y.)

Dear Judge Carter:

Pursuant to the Court's Order issued January 26, 2024, Defendants Mail Media Inc., Associated Newspapers Ltd., Daily Mail and General Trust PLC, DMG Media Ltd., Rich Caccappolo, Paul Dacre, and Gerard Greaves ("Defendants") and Plaintiff Hillary Wright hereby jointly propose the following briefing schedule for Defendants' motion to dismiss:

- Opening Brief: March 8, 2024

- Opposition: March 29, 2024

- Reply: April 5, 2024

Respectfully submitted,

/s/ *Thomas B. Sullivan*
    Counsel for Defendants

/s/ *Hillary Wright (with permission)*
    Pro Se Plaintiff

SO ORDERED:

/s/ Andrew L. Carter Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2024