USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **WRIGHT** <br><br> **Plaintiff,** <br><br> -against- <br><br> **MAIL MEDIA INC.,** *et al.*, <br><br> **Defendants.** | **23-cv-07124 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants' unopposed pre-motion conference letter related to their anticipated motion to dismiss. ECF No. 52. Defendants' request for a pre-motion conference is **DENIED.** Defendants are hereby **GRANTED** leave to file their anticipated motion. The Parties are directed to adhere to the following briefing schedule:

    **Opening Briefs:**    **August 7, 2024**

    **Oppositions:**    **August 21, 2024**

    **Replies:**    **August 28, 2024**

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **July 22, 2024**.

**SO ORDERED.**
**Dated:**    **July 17, 2024**
           **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**