INFORMATION DIGNITY ALLIANCE                    BALLARD SPAHR LLP

July 22, 2024

*By Electronic Filing*

Hon. Andrew L. Carter Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    <u>Wright v. Mail Media Inc. et al.</u>, No. 23 Civ. 7124 (ALC) (S.D.N.Y.)

Dear Judge Carter:

Pursuant to the Court's Order issued July 17, 2024, Defendants Mail Media Inc., Associated Newspapers Ltd., DMG Media Ltd., and Daily Mail and General Trust PLC ("Defendants") and Plaintiff Hillary Wright ("Plaintiff") hereby jointly propose the following briefing schedule for Defendants' motion to dismiss Plaintiff's First Amended Complaint:

- Opening Brief: August 16, 2024
- Opposition: September 20, 2024
- Reply: October 8, 2024

The parties respectfully request that the Court so-order this proposed schedule. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Thomas B. Sullivan
    Counsel for Defendants

/s/ Megan Keenan (with permission)
    Counsel for Plaintiff