**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

HILLARY WRIGHT,

                    Plaintiff,

-against-

MAIL MEDIA INC., DMG MEDIA LTD,
ASSOCIATED NEWSPAPERS LTD, DAILY MAIL
AND GENERAL TRUST PLC,

                    Defendants.

------------------------------------- X

No. 23 Civ. 7124 (AJC)

ECF Case

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that Defendants, upon the accompanying Memorandum of Law dated August 16, 2024, and all prior pleadings and proceedings hereto, by their undersigned attorneys, hereby respectfully move this Court, before the Honorable Andrew L. Carter Jr., United States District Judge, at the United States Courthouse, 40 Foley Square, Courtroom 1306, New York, NY 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiff's First Amended Complaint in its entirety and granting such other relief as this Court deems appropriate.

Dated:  August 16, 2024                                    Respectfully submitted,

                                                           **BALLARD SPAHR LLP**

                                                           By:  */s/ Thomas B. Sullivan*
                                                           Thomas B. Sullivan
                                                           Anna Kaul
                                                           1675 Broadway, 19th Floor
                                                           New York, NY 10019
                                                           Telephone:  (212) 850-6139
                                                           Facsimile:  (212) 223-1942
                                                           sullivant@ballardspahr.com
                                                           kaula@ballardspahr.com

                                                           Kennison Lay (admitted *pro hac vice*)
                                                           1 E. Washington St., Suite 2300
                                                           Phoenix, AZ 85004
                                                           Telephone: (602) 798-5573
                                                           Facsimile: (602) 798-5596
                                                           layk@ballardspahr.com

                                                           *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2024, I directed that a true and correct copy of the foregoing **NOTICE OF MOTION** be filed via the court's electronic filing system.

                                                  _/s/ Thomas B. Sullivan_
                                                     Thomas B. Sullivan

Case 1:23-cv-07124-ALC   Document 56   Filed 08/16/24   Page 3 of 3