MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/18/2024__

P.O. Box 8684
Portland, OR 97207
(925) 330-0359
Megan@InformationDignityAlliance.org

October 17, 2024

**VIA ECF**

Hon. Andrew L. Carter Jr.
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Unopposed request for an Extension of Time to File Plaintiff's Response to Defendants' Motion to Dismiss *Wright v. Mail Media Inc. et al*, No. 1:23-cv-07124-ALC (S.D.N.Y.)

Dear Judge Carter:

Plaintiff Hillary Wright hereby respectfully requests this Court to amend the briefing schedule as set forth below. This is Plaintiff's final extension request absent extraordinary circumstances.

| Previous Briefing Schedule | |
|---|---|
| Plaintiff's Response | October 21, 2024 |
| Defendants' Reply | November 15, 2024 |

Plaintiff respectfully requests this Court to adopt the Proposed Schedule listed below.

| Proposed Schedule | |
|---|---|
| Plaintiff's Response | November 20, 2024 |
| Defendants' Reply | December 16, 2024 |

This is Plaintiff's second extension request to alter the briefing schedule. Plaintiff's counsel requests this extension due to a family emergency and personal matter that she dealt with during August and September. Plaintiff's counsel was out of state and dedicated a majority of her time to these issues.

Plaintiff's counsel has been diligently working to meet the previously agreed upon deadline. However, the family emergency and personal matter took a majority of her time for

several weeks. These issues have caused delay in producing her work in the previously anticipated timeframes.

On October 15, 2024, Plaintiff's counsel reached out to Defendants' counsel about altering the briefing schedule. Defendants' counsel responded on October 17, 2024, stating that Defendants consent to Plaintiff filing her response by November 20, 2024. Further, the Plaintiff consented to amend Defendants' deadline to answer or otherwise respond to the amended complaint until December 16, 2024.

For the reasons stated above, Ms. Wright hereby respectfully requests that the Court amend the briefing schedule to the Proposed Schedule listed above.

Respectfully submitted,

/s/ Megan Keenan
Megan Keenan
Attorney
INFORMATION DIGNITY ALLIANCE
(925) 330-0359
Megan@InformationDignityAlliance.org

*Attorney for Plaintiff Hillary Wright*

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2024

The Court hereby
adopts the proposed
schedule as agreed upon
by the Parties.