Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

December 2, 2024

*By Electronic Filing*

Hon. Andrew L. Carter Jr.
U.S. District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Wright v. Mail Media Inc. et al.*, No. 23 Civ. 7124 (ALC) (S.D.N.Y.)

Dear Judge Carter:

We represent Defendants Mail Media Inc. and Associated Newspapers Ltd. (collectively, "Defendants") in the above-captioned matter. We write pursuant to Rule 1(D) of this Court's Individual Practices to request an extension of time to answer or otherwise respond to the Second Amended Complaint, ECF No. 63. The current deadline for Defendants' response is December 4, 2024.

Defendants respectfully request that this deadline be extended to December 18, 2024 to allow Defendants adequate time to evaluate the new pleading. Defendants have not previously sought an extension of the deadline to respond to the Second Amended Complaint, and the requested extension affects no other scheduled dates. Plaintiff has consented to this request.

Respectfully submitted,

*/s/ Thomas B. Sullivan*

cc: All counsel of record (*via ECF*)