**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**HILLARY WRIGHT,**

               **Plaintiff,**

               1:23-cv-07124-ALC

     **-against-**              **ORDER**

**MAIL MEDIA INC., et al.**

               **Defendants.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

     In follow-up to its December 4, 2024 Order denying as moot Defendant's motion to dismiss Plaintiff's First Amended Complaint, the Court additionally DENIES Defendant's earlier motion to dismiss Plaintiff's Complaint, ECF No. 42, as moot. The Clerk of Court is respectfully directed to terminate ECF No. 42.

**SO ORDERED.**

**Dated**:   February 11, 2025
            New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**