UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  HILLARY WRIGHT,                  :

                            :

                Plaintiff,  :        **1:23-cv-07124-ALC**

                            :

      -against-             :        **ORDER OF DISCONTINUANCE**

                            :

  MAIL MEDIA INC., et al.        :

                            :

              Defendants.  :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:  March 7, 2025                _____

      New York, New York            **ANDREW L. CARTER, JR.**
                                   **United States District Judge**